UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-05626-OEM-JRC**

**Abeth Hashimi**
     Plaintiff,
vs.

**GGG Family LLC,** and
**Sark Food Group LLC**
    Defendants.

<u>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST ALL DEFENDANTS**</u>

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed *without prejudice,* against Defendants and each of them.

Dated: <u>January 13, 2026</u>.

s/Maria Costanza Barducci
Maria-Costanza Barducci (Bar No. 5070487)
   *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com
